# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **William Bernard Thomason,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No. 11-0510-CV-W-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On Tuesday, March 13, 2012, the Court entertained oral argument on the parties' pleadings in this Social Security review matter. After due consideration of the issues presented, and for the reasons set forth by the Court on the record at the conclusion of the March 13, 2012 hearing, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.


　　　　　　　　　　　　　　　　　　 */s/ John T. Maughmer*
　　　　　　　　　　　　　　　　　　　**JOHN T. MAUGHMER**
　　　　　　　　　　　　　　　　　　　**U. S. MAGISTRATE JUDGE**